No. 534, Misc.   WILSON *v.* OKLAHOMA; and

No. 541, Misc.   FRITZ *v.* BURKE, WARDEN.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. 483, Misc.   PHILLIPS *v.* RAGEN, WARDEN.   The motion for leave to file petition for writ of certiorari is denied.

*Certiorari Granted.   (See also No. 640, ante, p. 804.)*

No. 624.   UNITED STATES *v.* TORONTO, HAMILTON & BUFFALO NAVIGATION Co.   Court of Claims.   Certiorari granted.   *Solicitor General Perlman* for the United States.   *C. Austin White* and *Frederick L. Wheeler* for respondent.

No. 652.   BROWN *v.* WESTERN RAILWAY OF ALABAMA. Court of Appeals of Georgia.   Certiorari granted. *Thomas J. Lewis* for petitioner.   *Arthur Heyman* and *Hugh Howell, Sr.* for respondent.